[No. 14954-7-I.  Division One.  March 10, 1986.]

IFG LEASING COMPANY, *Respondent,* v. STEPHEN E. VON VOLKENBURG, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 83-2-14183-5, Frank D. Howard, J., entered

May 31, 1984. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Williams, J., and Holman, J. Pro Tem.